MAX RUBIN v. SAMUEL G. SIEGEL and Others.— Motion for stay granted,

on condition that the pending appeal from the order denying leave to serve the supplemental answer be argued or submitted on March sixth. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.